JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BOYD,<br><br>   Plaintiff,<br><br>   vs.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>   Defendants. | Case No. EDCV 13-01282-JVS (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that judgment is entered in favor of defendants and against plaintiff.

Dated: October 27, 2016

                                                        JAMES V. SELNA<br>
                                        UNITED STATES DISTRICT JUDGE